STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. EDWARD SHEFFIELD, DEFENDANT-PETITIONER.

*Mr. Edward Sheffield in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Michael R. Altman* for the respondent.

January 28, 1969. Denied.

HARVEY LERNER, d/b/a HARBET REALTY COMPANY, PLAINTIFF-PETITIONER, v. STATE WIDE DEVELOPMENT CORP., DEFENDANT-RESPONDENT.

*Mr. Vincent L. Verdiramo* for the petitioner.

*Mr. Anthony F. Ditri* and *Mr. Sam Weiss* for the respondent.

January 28, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ROBERT GIBSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. David H. Hammer* and *Mr. Robert E. Pollan* for the petitioner.

*Mr. John G. Thevos* and *Mr. Robert H. Altshuler* for the respondent.

January 28, 1969. Denied.